## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 537 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. Eric Higgins | | |

**DOCKET ENTRY TEXT**

Removal Proceedings held. Helen J. Kim is appointed as counsel for defendant. Defendant informed of his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel, his right to a preliminary hearing, of the charges against him and the maximum penalty. Defendant waives identity hearing and bond hearing without prejudice. Order defendant removed to Eastern District of Tennessee.

Docketing to mail notices.

00:15

FILED
2008 JUL 10 PM 5:39
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|