# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

USA v ERIC HIGGINS                                        08CR537

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eric Higgins

FILED
7-9-08
JUL X 9 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)  HELEN J. KIM | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ HELEN J. KIM | |
| FIRM  FEDERAL DEFENDER PROGRAM | |
| STREET ADDRESS  55 E. Monroe Street, Suite 2800 | |
| CITY/STATE/ZIP  Chicago, Illinois  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6243248 | TELEPHONE NUMBER  312/621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒ | |