11

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _K Forster_    ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to: <br><br> Eastern District of Tennessee <br> Howard H. Baker Jr. United States Courthouse <br> #130 <br> 800 Market Street <br> Knoxville, TN 37902-7902 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br><br> 3. ☐ Express Mail <br> ☐ Insured Mail  ☐ Return Receipt for Merchandise <br> ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7004 2510 0001 9746 9261 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

08CR537

**FILED**
7-18-08
JUL 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT